IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE: RON & JANICE D CHAIRSE ) | |
| ) | |
| ) | |
| HOME LOAN SERVICES, INC./NATIONAL ) | |
| CITY BANK, ) | |
| Creditor, ) | |
| ) | |
| vs. ) | CASE NO. 07B23718 |
| ) | JUDGE SUSAN PIERSON SONDERBY |
| RON & JANICE D CHAIRSE, ) | |
| Debtor, ) | |
| ) | |

**RESPONSE TO NOTICE OF PAYMENT OF FINAL MORTGAGE CURE**

Now comes Home Loan Services, Inc./National City Bank, by and through its attorneys, Pierce & Associates, P.C., and hereby responds to the Notice of Payment of Final Mortgage Cure, stating as follows:

1. The Debtor is due for the August 2010 contractual payment and all those thereafter.

2. The following is an itemization of fees and costs due on the loan as of July 2, 2010.

    a. Attorney's Fees                      =   $250.00

    b. Payment(s)   1 @ $1,306.79          = $1,306.79

    c. Property Inspection                  =     $9.00

    d. Prior Bankruptcy fees and costs      =   $550.00

    e. Suspense                             =  ($421.42)

    Total                                   = $1,694.37

If no challenge to foregoing is made by motion filed with the court and served on the undersigned and the trustee within thirty days of this notice, Home Loan Services, Inc./National City Bank rights to collect these amounts will remain unaffected.

        Respectfully Submitted,
Home Loan Services, Inc./National City Bank

/s/Toni Dillon
Toni Dillon
ARDC#6289370

Pierce and Associates, P.C.
1 North Dearborn Street, Ste. 1300
Chicago, Illinois 60602
(312)346-9088