IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE: | Chapter 13 |
| Ron Chairse and Janice D Chairse | No.   07-23718 |
| Debtor | Hon.  Janet S. Baer |

## RESPONSE TO NOTICE OF FINAL CURE

Wells Fargo Bank, N.A., successor by merger to Wells Fargo Bank Minnesota, N.A., as trustee for the holders of Asset-Backed Certificates, Series 2002-FFA, files this, its Response to Notice of Final Cure:

The pre-petition claim has been paid in full. However, the account is not current and is due for 05/01/2013 in the amount of $330.76 per month.  There are no fees or escrow amounts due on this account.

To the extent the amounts set forth in this Response to Notice of Final Cure are not determined by the court to be invalid, the right of Wells Fargo Bank, N.A., successor by merger to Wells Fargo Bank Minnesota, N.A., as trustee for the holders of Asset-Backed Certificates, Series 2002-FFA to collect these amounts will be unaffected.

      Submitted by:

      _____/s/ John C. Crees_____
      Attorney for Wells Fargo Bank, N.A.,
      successor by merger to Wells Fargo Bank
      Minnesota, N.A., as trustee for the holders
      of Asset-Backed Certificates, Series 2002-
      FFA

John C. Crees - Kluever & Platt, LLC
65 E. Wacker Place, Ste. 2300
Chicago, IL 60601
312-201 6679