**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| IN RE: | Chapter 13 |
| Ron Chairse and Janice D Chairse | No.   07-23718 |
| Debtor | Hon.  Janet S. Baer |

**NOTICE OF FILING OF RESPONSE TO NOTICE OF FINAL CURE**

**To: See attached Service List**

PLEASE TAKE NOTICE that on October 9, 2013, I filed the attached Response to Notice of Final Cure, a copy of which is hereby served upon you.

_____/s/ John C. Crees_____

**Certificate of Service**

The undersigned certifies that she served a copy of the Notice of Filing and Response to Notice of Final Cure on the Debtor by depositing same in the United States mail at 65 E. Wacker Place, Chicago, Illinois 60601 at 5:00 p.m. with proper postage prepaid and via electronic notification on Alfredo J Garcia, Ledford & Wu and Tom Vaughn on October 9, 2013.

_____/s/ John C. Crees_____

John C. Crees - Kluever & Platt, LLC
65 E. Wacker Place, Ste. 2300,
Chicago, IL 60601
312-201 6679

**This is an attempt to collect a debt.  Any information obtained will be used for that purpose.**

**SERVICE LIST**

Ron Chairse and Janice D Chairse
307 Bellwood Avenue
Bellwood, IL 60104

Tom Vaughn
55 E. Monroe Street
Chicago, IL 60603

Alfredo J Garcia, Ledford & Wu
200 South Michigan Avenue
Ste. 209
Chicago, IL 60604
notice@ledfordwu.com